FILED:  December 22, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1495
(1:20-cv-00929-RDB)

_____

LEADERS OF A BEAUTIFUL STRUGGLE; ERRICKA BRIDGEFORD;
KEVIN JAMES

        Plaintiffs - Appellants

v.

BALTIMORE POLICE DEPARTMENT; MICHAEL S. HARRISON, in his
official capacity as Baltimore Police Commissioner

        Defendants - Appellees

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is tentatively scheduled for oral argument in the next available session.

For the Court

/s/ Patricia S. Connor, Clerk